# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4158
_____

HARRY L. HENDERSON,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

October 23, 2018

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Harry L. Henderson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.